# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-23797MP |
| | Citizenship: MEXICO |
| Reginaldo Perez-Perez | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about March 03, 2019, at or near Sasabe, Arizona, in the District of Arizona, Reginaldo PEREZ-Perez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about March 03, 2019, agents found Reginaldo PEREZ-Perez in the United States of America at or near Sasabe, Arizona without the proper immigration documents. Furthermore, Reginaldo PEREZ-Perez admitted to illegally entering the United States of America from Mexico on or about March 03, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 03/05/2019

at Tucson, Arizona

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/05/2019

**Lynnette C. Kimmins**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 19-23797MP

vs.

Reginaldo Perez-Perez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Reginaldo Perez-Perez, was represented by counsel, Homero Torralba (CJA).

The defendant pled guilty to the Complaint on 03/05/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/03/2019 |

As pronounced on 03/05/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, March 05, 2019.

Lynnette C. Kimmins
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 03/05/2019          Case Number: 19-23797MP

USA vs. **Reginaldo Perez-Perez**
Magistrate Judge: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Homero Torralba (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **03/03/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Homero Torralba (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Cindy Stewart          Sent: 0
        Deputy Clerk       IA: 0
        Start: 1:31 pm Stop: 3:16 pm